SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Percy Johnson, et al<br><br>    Defendants | Case No. **2:09-cv-02069-WBS-EFB**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 5, 2009 FOR DEFENDANTS KIM NGUYEN INDIVIDUALLY AND D/B/A MANLEYS DONUTS; SANDRA K. BRIEN INDIVIDUALLY AND D/B/A THE STAMP ART SHOPPE; DOUG NGO INDIVIDUALLY AND D/B/A CHOPSTICK RESTAURANT; HI-LITES SALON & SPA; ANGELO G. TSAKOPOULOS; KATHERINE TSAKOPOULOS TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Kim Nguyen Individually and d/b/a Manleys Donuts; Sandra K. Brien Individually and d/b/a The Stamp Art Shoppe; Doug Ngo Individually and d/b/a Chopstick Restaurant; Hi-Lites Salon & Spa, by and through their

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

respective attorneys of record, Scott N. Johnson; Julie Raney, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Kim Nguyen Individually and d/b/a Manleys Donuts; Sandra K. Brien Individually and d/b/a The Stamp Art Shoppe; Doug Ngo Individually and d/b/a Chopstick Restaurant; Hi-Lites Salon & Spa; Angelo G. Tsakopoulos; Katherine Tsakopoulos until October 6, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendants Kim Nguyen Individually and d/b/a Manleys Donuts; Sandra K. Brien Individually and d/b/a The Stamp Art Shoppe; Doug Ngo Individually and d/b/a Chopstick Restaurant; Hi-Lites Salon & Spa; Angelo G. Tsakopoulos; Katherine Tsakopoulos are granted an extension until November 5, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Kim Nguyen Individually and d/b/a Manleys Donuts; Sandra K. Brien Individually and d/b/a The Stamp Art Shoppe; Doug Ngo Individually and d/b/a Chopstick Restaurant;

Hi-Lites Salon & Spa; Angelo G. Tsakopoulos; Katherine Tsakopoulos response will be due no later than November 5, 2009.

IT IS SO STIPULATED effective as of October 7, 2009

Dated: October 7, 2009          /s/Julie Raney_____ ___

                                Julie Raney,

                                Attorney for Defendants

                                Kim Nguyen Individually

                                and d/b/a Manleys

                                Donuts; Sandra K. Brien

                                Individually and d/b/a

                                The Stamp Art Shoppe;

                                Doug Ngo Individually

                                and d/b/a Chopstick

                                Restaurant; Hi-Lites

                                Salon & Spa


Dated: October 7, 2009          /s/Scott N. Johnson ____

                                Scott N. Johnson,

                                Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

**IT IS SO ORDERED:** that Defendants Kim Nguyen Individually and d/b/a Manleys Donuts; Sandra K. Brien Individually and d/b/a The Stamp Art Shoppe; Doug Ngo Individually and d/b/a Chopstick Restaurant; Hi-Lites Salon & Spa; Angelo G. Tsakopoulos; Katherine Tsakopoulos shall have until November 5, 2009 to respond to complaint.

Dated: October 14, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE