1  JAMES W. RUSHFORD, ESQ.
   State Bar No. 88739
2  RUSHFORD & BONOTTO, LLP
   2277 Fair Oaks Blvd., Suite 495
3  Sacramento, California  95825
   Telephone:  (916) 565-0590
4  Facsimile:  (916) 565-0599
   jrushford@rushfordbonotto.com
5
   Attorneys for Defendant,
6  Percy Johnson, Individually and dba McDonald's 12946

7

8               UNITED STATES DISTRICT COURT

9         IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 SCOTT N. JOHNSON,                )
                                    ) Case No.:  2:09-CV-02069-WBS-
12         Plaintiff,                ) EFB
                                    )
13      vs.                         )
                                    )
14 PERCY JOHNSON, INDIVIDUALLY      )
   and D/B/A MCDONALDS 12946;       ) **STIPULATION FOR DISMISSAL as**
15 NUN BUELL, INDIVIDUALLY AND      ) **to Percy Johnson, individually**
   D/B/A MCDONALDS 12946; KIM       ) **and d/b/a McDonalds 12946,**
16 NGUYEN, INDIVIDUALLY AND         ) **McDonald's Corporation, d/b/a**
   D/B/A MANLEY'S DONUTS;           ) **Delaware McDonalds.**
17 SANDRA K. BRIEN, INDIVIDUALLY    ) **Corporation, A Delaware**
   AND D/B/A THE STAMP ART          ) **corporation and Nun Buell,**
18 SHOPPE; DOUG NGO,                ) **Individually and d/b/a**
   INDIVIDUALLY AND D/B/A           ) **McDonalds 12946.**
19 CHOPSTICK RESTAURANT; HI-        )
   LITES SALON & SPA,               ) **Case to remain active against**
20 INDIVIDUALLY AND D/B/A HI-       ) **remaining defendants.**
   LITES SALON & SPA; MCDONALD'S    )
21 CORPORATION, D/B/A DELAWARE      )
   MCDONALD'S CORPORATION; A        )
22 DELAWARE CORPORATION,            )
   ANGELO G. TSAKOPOULOS;           )
23 KATHERINE TSAKOPOULOS            )
                                    )
24         Defendants.              )

25      IT IS HEREBY STIPULATED by and among the plaintiff, Scott N.

26 Johnson, on the one hand and, Percy Johnson, individually and d/b/a

1
STIPULATION FOR DISMISSAL

1  McDonalds 12946 McDonald's Corporation, d/b/a Delaware McDonalds.
2  Corporation, A Delaware corporation on the other hand, that the above-
3  captioned action be and hereby is dismissed with prejudice as to
4  Percy Johnson, individually and d/b/a McDonalds 12946, McDonald's
5  Corporation, d/b/a Delaware McDonalds. Corporation, A Delaware
6  corporation and Nun Buell, Individually and d/b/a McDonalds 12946.

7                                               PLAINTIFF,

8  Dated:  _11/9/09_____          By: _/s/Scott N. Johnson_____
                                        Scott N. Johnson
9  Dated:  _11/9/09_____

10                                  By:  _/s/ James W. Rushford_____
                                        James W. Rushford, Attorney for
11                                      Defendants Percy Johnson,
                                        individually and d/b/a
12                                      McDonalds 12946, Nun
13                                      Buell, Individually and d/b/a
                                        McDonalds 12946
14

15

16 Dated:  11/9/09_____        By:  _/s/ Benjamin M. Glickman_____
                                        Benjamin M. Glickman  for
17                                      McDonald's Corporation,
                                        d/b/a Delaware McDonalds.
18                                      Corporation, A Delaware
                                        corporation
19

20       THE PARTIES HAVING STIPULATED:  the above matter is ordered
21  dismissed with prejudice as to Percy Johnson, individually and d/b/a
22  McDonalds 12946, McDonald's Corporation, d/b/a Delaware McDonalds.
23  Corporation, A Delaware corporation and Nun Buell, Individually and
24  d/b/a McDonalds 12946.
25  Dated:   November 10, 2009
26
27                               WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE
28