SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br><br>Percy Johnson, et al<br><br><br><br>Defendants | Case No.: CIV.S 09-cv-02069-WBS-EFB<br><br>**REQUEST FOR DISMISSAL AND ORDER**<br><br><br>Complaint Filed: JULY 28, 2009 |

**IT IS HEREBY REQUEST** by Plaintiff, Scott N. Johnson, that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2). Defendants Percy Johnson; Nun Buell; McDonald's Corporation were terminated by stipulation and order on November 10, 2009. Plaintiff requests that the remaining parties to this action hereby be dismissed with prejudice pursuant to FRCP 41 (a)(2).

1

REQUEST FOR DISMISSAL and ORDER                              CIV: S-09-cv-02069-WBS-EFB

1 | Dated:  December 3, 2009

2 |                                         DISABLED ACCESS PREVENTS INJURY, INC.

/s/Scott N. Johnson
SCOTT N. JOHNSON,
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  December 3, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE